IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| GOVERNMENT PERSONNEL MUTUAL LIFE INSURANCE COMPANY, | * | |
| Plaintiff, | * | |
| v. | * | CV 124-060 |
| GWANDA MURRAY, | * | |
| Defendant. | * | |

**ORDER**

Before the Court is the Plaintiff's notice of dismissal with prejudice. (Doc. 11.) This notice was filed prior to Defendant having served an answer or a motion for summary judgment. Upon due consideration, this Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of July, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA